IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 02-60041
_____


JARVAUGHN B. ROGERS;
ROY LOVELACE;
FIRST CAPITAL HOME IMPROVEMENTS, INC.,

                                    Plaintiffs-Appellants,

                    versus

UNITED STATES OF AMERICA,
OPERATING THROUGH THE UNITED STATES
DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT,

                                    Defendant-Appellee.

_____

Appeal from the United States District Court
For the Northern District of Mississippi
_____

(4:01-CV-6-P-B)

January 13, 2003

Before HIGGINBOTHAM and DAVIS, Circuit Judges, and HUDSPETH[*],
District Judge.

PER CURIAM:[**]

    We affirm for essentially the reasons stated by the trial
court.

_____

    [*] District Judge of the Western District of Texas, sitting by
designation.

    [**] Pursuant to 5TH CIR. R. 47.5, the court has determined that this
opinion should not be published and is not precedent except under the limited
circumstances set forth in 5TH CIR. R. 47.5.4.